# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Upper Roxborough Civic Association,   :
                Appellant   :
                                 :
            v.                   :     No. 372 C.D. 2019
                                 :
Zoning Board of Adjustment, City of   :
Philadelphia, Joseph Delmonte, and   :
David Branigan                   :

**PER CURIAM**                      **O R D E R**

       NOW, June 25, 2020, having considered Appellant's application for reargument and Appellee David Branigan's answer in response thereto, the application is denied.